# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **DWAYNE C. FRANKLIN,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **8:08CV98** |
| v. | ) | |
| | ) | **ORDER** |
| **CONAGRA FOODS, INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

Whereupon, John C. Brownrigg having filed a Mediation Closure Notice on July 24, 2008 (Filing No. 24), indicating the parties had reached a full settlement of all claims,

**IT IS ORDERED that:**

1. **On or before August 22, 2008**, the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to Chief Judge Joseph F. Bataillon, at *bataillon@ned.uscourts.gov,* a draft order which will fully dispose of the case. If the case is being dismissed, the stipulation shall comply with Fed. R. Civ. P. 41(a)(1)(ii) and shall state whether the dismissal is with or without prejudice.

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice in accordance with NECivR 68.1.

DATED this 25th day of July, 2008.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge