# UNITED STATES DISTRICT COURT
# DISTRICT OF NEBRASKA

_____

Dwayne C. Franklin,

    Plaintiff,                             Court File No. 8:08-CV-98

v.

                                                    **ORDER**

ConAgra Foods, Inc., a Corporation, ConAgra
Foods, Inc. Pension Plan and The Standard
Insurance Company,

    Defendants.

_____

    Based upon the Stipulation of the parties [Docket No. 26], it is –

    ORDERED:

    That the Stipulation [Docket No. 26] is APPROVED, and this matter is dismissed with prejudice and on the merits and without an award of costs and attorneys' fees to any party.

    Dated:  September 4, 2008                BY THE COURT:


                                                          s/ Joseph F. Bataillon
                                                          Chief U.S. District Judge

KM: 4817-3449-0114, V. 1